UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                    Case Nos.:  **3:07cr124/MCR/EMT**
                                                  3:16cv338/MCR/EMT
                                                  **3:08cr14/MCR/EMT**
JAMES EDWARD BANZACA                               3:16cv339/MCR/EMT
                                                  **3:08cr54/MCR/EMT**
                                                  3:16cv340/MCR/EMT

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's

Report and Recommendation dated August 8, 2017 (ECF No. 57).  The parties

have been furnished a copy of the Report and Recommendation and have been

afforded an opportunity to file objections pursuant to Title 28, United States Code,

Section 636(b)(1).  I have made a de novo determination of any timely filed

objections.

Having considered the Report and Recommendation, and any objections

thereto timely filed, I have determined that the Report and Recommendation

should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted

and incorporated by reference in this order.

2.      Defendant Banzaca's amended motion under 28 U.S.C. § 2255 to vacate,

set aside, or correct sentence (ECF No. 47) is **DENIED** to the extent he seeks relief

based on the Supreme Court's decision in *Johnson,* and that the remainder of the

claims raised in his motion are summarily **DENIED and DISMISSED** as untimely.

3.      The clerk is directed to docket a copy of this order in each of the above-

styled cases.

4.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 8th day of September, 2017.


/s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No.: 3:07cr124/MCR/EMT; 3:16cv338/MCR/EMT